ORIGINAL

FLORENCE NAKAKUNI #2286
United States Attorney
District of Hawaii

LOUIS A. BRACCO
Chief, Special Crimes Section

KAYLA BAKSHI
Department of Justice Trial Attorney
Civil Rights Division, Criminal Section
601 D Street NW, Washington DC 20004
Telephone: (202) 514-8286
Facsimile: (202) 514-6588
E-mail: Kayla.Bakshi@usdoj.gov

DARREN W.K. CHING #6903
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., #6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 14 2010
at 2 o'clock and 20 min p M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 09-00207 DAE |
| Plaintiff, | SECOND SUPERSEDING INDICTMENT |
| vs. | |
| | <u>COUNTS 1 - 4 and 7 - 12</u> |
| RODNEY D. KING, (01)<br>aka "SHADOW"<br>aka "SPECIAL K" | 18 U.S.C. § 1591 |
| | <u>COUNTS 5 and 6</u><br>18 U.S.C. § 1594, 1591 |
| Defendant. | <u>COUNT 13</u><br>18 U.S.C. § 371 |

## SECOND SUPERSEDING INDICTMENT

### COUNT 1
### SEX TRAFFICKING BY FORCE, FRAUD, OR COERCION

The Grand Jury charges that:

From on or about June 2006 through on or about June 2007, Defendant **RODNEY KING** aka **"SHADOW,"** aka **"SPECIAL K,"** within the District of Hawaii, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, and obtain a person, that is the adult female **R.K.**, knowing that force, fraud, and coercion would be used to cause **R.K.** to engage in a commercial sex act. The foregoing conduct was effected by force, fraud, and coercion.

All in violation of Title 18 United States Code, Sections 1591(a)(1) and 1591 (b)(1).

### COUNT 2
### SEX TRAFFICKING BY FORCE, FRAUD, OR COERCION

The Grand Jury further charges that:

From on or about June 2006 through on or about June 2007, Defendant **RODNEY KING** aka **"SHADOW,"** aka **"SPECIAL K,"** within the District of Hawaii, did knowingly, in and affecting interstate commerce, benefit financially, and receive a thing of value from participation in a venture which engaged in the

recruiting, enticing, harboring, transporting, providing, and obtaining a person, that is the adult female, **R.K.,** knowing that force, fraud, and coercion would be used to cause **R.K.** to engage in a commercial sex act. The foregoing conduct was effected by force, fraud, and coercion.

All in violation of Title 18 United States Code, Sections 1591(a)(2) and 1591(b)(1).

**COUNT 3**
**SEX TRAFFICKING BY FORCE, FRAUD, OR COERCION**

The Grand Jury further charges that:

From on or about April 2006 through on or about October 2007, Defendant **RODNEY KING** aka **"SHADOW,"** aka **"SPECIAL K,"** within the District of Hawaii, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, and obtain a person, that is the adult female **A.H.**, knowing that force, fraud, and coercion would be used to cause **A.H.** to engage in a commercial sex act. The foregoing conduct was effected by force, fraud, and coercion.

All in violation of Title 18 United States Code, Sections 1591(a)(1) and 1591(b)(1).

## COUNT 4
## SEX TRAFFICKING BY FORCE, FRAUD, OR COERCION

The Grand Jury further charges that:

From on or about April 2006 through on or about October 2007, Defendant **RODNEY KING**, aka **"SHADOW,"** aka **"SPECIAL K,"** within the District of Hawaii, did knowingly, in and affecting interstate commerce, benefit financially, and receive a thing of value from participation in a venture which engaged in the recruiting, enticing, harboring, transporting, providing, and obtaining of a person, that is the adult female **A.H.**, knowing that force, fraud, and coercion would be used to cause **A.H.** to engage in a commercial sex act. The foregoing conduct was effected by force, fraud, and coercion.

All in violation of Title 18 United States Code, Sections 1591(a)(2) and 1591(b)(1).

## COUNT 5
## ATTEMPTED SEX TRAFFICKING BY FORCE, FRAUD, OR COERCION

The Grand Jury further charges that:

On or about October 26, 2007, Defendant **RODNEY KING** aka "**SHADOW,**" aka "**SPECIAL K**" and Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," (Not a Defendant Herein), within the District of Hawaii, did knowingly, in and affecting interstate commerce, attempt to recruit, entice, harbor,

transport, provide, and obtain a person, that is the adult female **S.L.,** knowing that force, fraud, and coercion would be used to cause **S.L.** to engage in a commercial sex act. The foregoing conduct was effected by force, fraud, and coercion.

All in violation of Title 18 United States Code, Sections 1591(a)(1), 1591(b)(1), 1594(a).

## COUNT 6
## ATTEMPTED SEX TRAFFICKING BY FORCE, FRAUD, OR COERCION

The Grand Jury further charges that:

On or about October 26, 2007, Defendant **RODNEY KING** aka "**SHADOW,**" aka "**SPECIAL K**" and Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," (Not a Defendant Herein), within the District of Hawaii, did knowingly, in and affecting interstate commerce, attempt to benefit financially, and receive a thing of value from participation in a venture which engaged in the recruiting, enticing, harboring, transporting, providing, and obtaining of a person, that is the adult female **S.L.,** knowing that force, fraud, and coercion would be used to cause **S.L.** to engage in a commercial sex act. The foregoing conduct was effected by force, fraud, and coercion.

All in violation of Title 18 United States Code, Sections 1591(a)(2), 1591(b)(1), 1594(a).

**COUNT 7**
**SEX TRAFFICKING OF A MINOR**

The Grand Jury further charges that:

From in or about September 2007 to in or about December 2007, Defendant **RODNEY KING** aka "**SHADOW**," aka "**SPECIAL K**," within the District of Hawaii, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, and obtain a person, that is the minor female, **K.A.**, knowing that **K.A.** had attained the age of fourteen (14) but had not yet attained eighteen (18) years of age and knowing that **K.A.** would be caused to engage in a commercial sex act.

All in violation of Title 18 United States Code, Sections 1591(a)(1) and 1591(b)(2).

**COUNT 8**
**SEX TRAFFICKING OF A MINOR**

The Grand Jury further charges that:

From in or about September 2007 to in or about December 2007, Defendant **RODNEY KING** aka "**SHADOW**," aka "**SPECIAL K**," within the District of Hawaii, did knowingly, in and affecting interstate commerce, benefit financially, and receive a thing of value from participation in a venture which engaged in the recruiting, enticing, harboring, transporting, providing,

and obtaining of a person, that is the minor female **K.A.**, knowing that **K.A.** had attained the age of fourteen (14) but had not yet attained eighteen (18) years of age and knowing that **K.A.** would be caused to engage in a commercial sex act.

All in violation of Title 18 United States Code Sections 1591(a)(2) and 1591(b)(2).

**COUNT 9**
**SEX TRAFFICKING BY FORCE, FRAUD OR COERCION**

The Grand Jury further charges that:

In or about December 2007, Defendant **RODNEY KING** aka **"SHADOW,"** aka **"SPECIAL K"** and Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," (Not a Defendant Herein), within the District of Hawaii, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, and obtain a person, that is the minor female, **A.N.H.**, knowing that force, fraud, and coercion would be used to cause **A.N.H.** to engage in a commercial sex act. The foregoing conduct was effected by force, fraud, and coercion. All in violation of Title 18 United States Code, Sections 1591(a)(1) and 1591(b)(1).

**COUNT 10**

**SEX TRAFFICKING BY FORCE, FRAUD OR COERCION**

The Grand Jury further charges that:

In or about December 2007, Defendant **RODNEY KING** aka **"SHADOW,"**aka **"SPECIAL K"** and Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," (Not a Defendant Herein), within the District of Hawaii, did knowingly, in and affecting interstate commerce, benefit financially, and receive a thing of value from participation in a venture which engaged in the recruiting, enticing, harboring, transporting, providing, and obtaining a person, that is the minor female **A.N.H.**, knowing that force, fraud, and coercion would be used to cause **A.N.H.** to engage in a commercial sex act. The foregoing conduct was effected by force, fraud, and coercion.

All in violation of Title 18 United States Code, Sections 1591(a)(2) and 1591(b)(1).

**COUNT 11**

**SEX TRAFFICKING OF A MINOR**

The Grand Jury further charges that:

In or about December 2007, Defendant **RODNEY KING** aka **"SHADOW,"** aka **"SPECIAL K"** and Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," (Not a Defendant Herein), within the District of Hawaii, did knowingly in and affecting interstate

commerce, recruit, entice, harbor, transport, provide, and obtain a person, that is the minor female, **A.N.H.**, knowing that **A.N.H.** had attained the age of fourteen (14) but had not yet attained eighteen (18) years of age and knowing that **A.N.H.** would be caused to engage in a commercial sex act.

All in violation of Title 18 United States Code, Sections 1591(a)(1), 1591(b)(2), and 3559(e).

**COUNT 12**
**SEX TRAFFICKING OF A MINOR**

The Grand Jury further charges that:

In or about December 2007, Defendant **RODNEY KING** aka "**SHADOW,**" aka "**SPECIAL K**" and Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," (Not a Defendant Herein), within the District of Hawaii, did knowingly, in and affecting interstate commerce, benefit financially, and receive a thing of value from participation in a venture which engaged in the recruiting, enticing, harboring, transporting, providing, and obtaining a person, that is the minor female **A.N.H.**, knowing that **A.N.H.** had attained the age of fourteen (14) but had not yet attained eighteen (18) years of age and knowing that **A.N.H.** would be caused to engage in a commercial sex act.

All in violation of Title 18 United States Code, Sections 1591(a)(2), 1591(b)(2), and 3559(e).

COUNT 13

CONSPIRACY TO ENGAGE IN SEX TRAFFICKING

The Grand Jury further charges that:

During in or about September 2007 through in or about December 2007, Defendant **RODNEY KING** aka **"SHADOW,"** aka **"SPECIAL K"** and Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," (Not a Defendant Herein), and others known and unknown, within the District of Hawaii, did knowingly and willfully combine, conspire, confederate and agree together and with each other to knowingly commit offenses against the United States to wit: sex trafficking of persons through force, fraud, and coercion in violation of Title 18 United States Code, Section 1591 and sex trafficking of minors, in violation of Title 18 United States Code, Section 1591.

**Overview of the Conspiracy**

1. At times relevant to this indictment, Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** was a pimp who controlled, managed, and benefited financially from a sex trafficking operation based in Honolulu, Hawaii, within the District of Hawaii.

2. At times relevant to this indictment, Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," assisted Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** in his sex

trafficking operation based in Honolulu, Hawaii, within the District of Hawaii. Her assistance included, but was not limited to, advertising to obtain customers to generate proceeds for the sex trafficking operation and collecting proceeds from the sex trafficking operation.

3. **S.L.,** whose true identity is known to the Grand Jury, is an adult female.

4. **K.A.,** whose true identity is known to the Grand Jury, was a minor female at the time of the commission of the offense.

5. **A.N.H.,** whose true identity is known to the Grand Jury, was a minor female at the time of the commission of the offense.

## Object of the Conspiracy

6. From in or about September 2007 to in or about December 2007, Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** and Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," engaged in a conspiracy, the object of which was to knowingly recruit, entice, harbor, transport, provide, and obtain adult and minor females, and to benefit financially and receive a thing of value from participation in a venture which engaged in these acts, to cause these adult and minor females to engage in commercial sex acts. Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** and

Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," engaged in these acts while knowing that **K.A.** and **A.N.H.** had obtained fourteen (14) years of age but had not yet attained eighteen (18) years of age and while knowing that force, fraud and coercion would be used to cause **S.L.** and **A.N.H.**to engage in a commercial sex act.

**Manner and Means of the Conspiracy**

7. The manner and means by which they intended to carry out this conspiracy include the following:

a. As part of the manner and means of the conspiracy, Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** posted and directed Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," to post advertisements for prostitution involving **S.L., K.A.,** and **A.N.H.** on the Craigslist website from Defendant **RODNEY KING'S** loft, using Defendant **RODNEY KING'S** computer equipment, and listing mobile telephone numbers for telephones that Defendant **RODNEY KING** had previously provided to **S.L., K.A.,** and **A.N.H.** to use to arrange appointments for commercial sex.

b. At the time of such postings and instructions, Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** and Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," knew that **K.A.** and **A.N.H.** had attained the fourteen (14) years of age but had not yet attained eighteen (18) years of age and knew that

force, fraud, and coercion would be used to cause **S.L.** and **A.N.H.** to engage in a commercial sex act.

c. As part of the manner and means of the conspiracy, Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** directed and arranged for transportation for **S.L.**, **K.A.**, and **A.N.H.** to meet customers for the purpose of engaging in commercial sex with them.

d. As part of the manner and means of the conspiracy, Defendant **RODNEY KING**, aka **"SHADOW,"** aka **"SPECIAL K,"** collected the proceeds of the commercial sex in which he engaged **S.L.**, **K.A.**, and **A.N.H.** and he directed Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," to sometimes collect such proceeds.

e. As part of the manner and means of the conspiracy, Defendant **RODNEY KING**, aka **"SHADOW,"** aka **"SPECIAL K,"** provided **A.N.H.** with access to controlled substances in the form of crystal methamphetamines, and directed others to do so, in order to induce A.N.H. to continue to engage in commercial sex acts.

f. As part of the manner and means of the conspiracy, Defendant **RODNEY KING**, aka **"SHADOW,"** aka **"SPECIAL K"** established rules of conduct for **S.L.**, **K.A.**, and **A.N.H.**, including the rule that talking with other pimps was forbidden.

## Overt Acts in Furtherance of the Conspiracy

8. Overt acts committed by Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** and Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," in furtherance of the conspiracy include the following acts, each act committed in or after June 2006:

a. Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** obtained photographs of **S.L.** for use in advertisements for commercial sex with **S.L.**

b. Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** caused to be posted to the Craigslist website, advertisements for commercial sex with **S.L.** that included photographs of **S.L.**

c. Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** obtained photographs of **K.A.** for use in advertisements for commercial sex with **K.A.**

d. Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** caused to be posted on the Craigslist website, advertisements for commercial sex with **K.A.** that included photographs of **K.A.**

e. Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** provided **A.N.H.** with false identification that falsely purported that **A.N.H.** was over the age of 18.

f. Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," caused photographs of **A.N.H.** to be taken for use in advertisements for commercial sex with **A.N.H.**

g. Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," instructed **A.N.H.** on what to wear for such photographs.

h. Sharon-Mae Nishimura aka Sharon Thornton aka "Sassy," Instructed **A.N.H.** on how to pose for such photographs.

i. Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** obtained photographs of **A.N.H.** for use in advertisements for commercial sex involving **A.N.H.**

j. Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** caused to be posted on the Craigslist website, advertisements for commercial sex with **A.N.H.** that included photographs of **A.N.H.**

k. Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** posted one or more advertisements involving **A.N.H.** on the Craigslist website on or about December 26, 2007, that advertised the availability of commercial sex with **A.N.H.**, depicted a picture(s) of **A.N.H.**, and provided the telephone number to the mobile telephone that **KING** had previously provided to **A.N.H.** to use in arranging appointments for commercial sex.

l. On or about December 27, 2007, Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** caused an adult female to

go to a hotel for the purpose of meeting a customer who had responded to a Craigslist advertisement for commercial sex involving **A.N.H.** That adult female stated that **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** had sent her as a substitute for **A.N.H.** because **A.N.H.** had fallen asleep.

m. On or about December 28, 2007, Defendant **RODNEY KING,** aka **"SHADOW,"** aka **"SPECIAL K,"** caused **A.N.H.** to go to a hotel for the purpose of meeting a customer who had responded to a Craigslist advertisement for commercial sex with **A.N.H.**

All in violation of Title 18 United States Code, Sections 1591 and 371.

Dated: January 14, 2010, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

FLORENCE NAKAKUNI
United States Attorney
District of Hawaii

LOUIS A. BRACCO
Chief, Special Crimes Section

KAYLA BAKSHI
Trial Attorney, Department of Justice

DARREN W.K. CHING
Assistant U.S. Attorney

UNITED STATES v. KING
SECOND SUPERSEDING INDICTMENT
Cr. No. 09-00207 DAE