FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

DARREN W.K. CHING #6903
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 09-00207 DAE-001 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| RODNEY D. KING, aka "Shadow" aka "Special K" | ) | Date: September 30, 2010<br>Time: 9:45 a.m.<br>Judge: David Alan Ezra |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SENTENCING STATEMENT**

The United States has no objections or other additions to the Proposed Presentence Report in the above-captioned matter.

DATED: August 23, 2010, at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

/s/ Darren W.K. Ching
By______________________
DARREN W.K. CHING
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

MATTHEW C. WINTER Matthew_Winter@fd.org

Attorney for Defendant
RODNEY D. KING

Served by Hand-Delivery:

**U.S. PROBATION OFFICE**
Attn: ROY T. KAWAMOTO
300 Ala Moana Boulevard, Room 2-214
Honolulu, Hawaii 96850

DATED: August 23, 2010, at Honolulu, Hawaii.

/s/ Kari Cadelinia

U.S. Attorney’s Office
District of Hawaii